**Manheim**

# BILL OF SALE

**THIS IS NOT AN INVOICE**

**DOCUMENT NOT VALID FOR EXPORT**

| | | | |
|---|---|---|---|
| **712 MANHEIM DALLAS**<br>5333 W KIEST BLVD<br>DALLAS, TX 75236 US<br><br>Please refer to the vehicle release for the pickup location | **Sale Date**<br>06-DEC-2023 11:05:51<br><br>**Yr Wk Ln Rn**<br>2023-49-1-125<br><br>**Sale Type**<br>Simulcast | **Vehicle Purchase Price**<br>Sale Price     $ 6,600.00<br>Adjustments     $ 0.00<br>Final Sale Price     $ 6,600.00<br><br>**Seller**<br>Lease# ▓▓▓▓▓▓▓▓<br>SANTANDER CONSUMER<br>5201 RUFE SNOW DR<br>STE 400<br>NORTH RICHLAND HILLS, TX 76180 US<br><br>Seller Rep:<br>*Signature on file* | **Buyer**<br>PREMIUNCARSANDTRUCKS LLC<br>2201 S BUSINESS 45 STE A<br>Corsicana, TX 75110 US<br><br><br><br>Buyer Rep: GALLEGOS, ANDRES<br>*Signature on file* |

**Vehicle Information**
2014 MINI COUNTRY S
SUV  S WHITE
WMWZC3C50EWP28748

Mileage: 83646 Miles     0

License Plate No:

**Title Information**
State: TX     Number: 1

**Vehicle Features**
4-cylinder Gas Turbo     50 State
6-Speed A/T
Black

**Auction Lights**

GREEN     Buyer protection to conditions

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Announcements & Notes**
GL

---

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 06-Dec-2023 07:28:24